ACCEPTED
03-14-00411-CR
6549168
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 4:08:50 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00411-CR

| MANUEL CONSTANCIO | § | IN THE |
| v. | § | THIRD COURT OF APPEALS |
| THE STATE OF TEXAS | § | AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/18/2015 4:08:50 PM
JEFFREY D. KYLE
Clerk

## MOTION TO WITHDRAW AS COURT APPOINTED COUNSEL FOR APPELLANT MANUEL RUIZ CONSTANCIO

To The Honorable Justices of the Third Court of Appeals, Now Comes Shawntell McKillop, in the above styled and numbered cause, and moves this Court to grant her Motion To Withdraw As Court Appointed Counsel For Manuel Ruiz Constancio, and for good cause shows the following:

I.

In the 391' Judicial District Court of Tom Green County, Texas, in a case styled, *The State of Texas v. Manuel Ruiz Constancio; Cause Number A-11-0535-S,* Manuel Ruiz Constancio was charged by Indictment with the felony offense of Robbery.

A trial took place on February 24, 2014, February 25, 2014 and April 24, 2014. At the conclusion of trial, the court found Manuel Ruiz Constancio guilty on the Motion to Adjudicate Guilt. The Judge assessed punishment at a sentence of 10 years in a Texas Department of Criminal Justice Correctional Facility. The appeal of the judgment of the trial court is currently pending before this Court.

The United States Supreme Court does not obligate counsel representing a client on appeal to argue in support of grounds for reversal of the lower court's judgment when after a "conscientious examination" of the case, counsel determines appeal to be "wholly frivolous." *Anders v. State of California, 386 U.S. 738, 744 (1967)*. In such situations, the United States Supreme Court has outlined appropriate procedural steps to be taken by appellate counsel: 1) counsel is required to submit a brief examining the record for any point arguably in support of proper grounds for reversal on appeal; 2) counsel must furnish this brief to an indigent client enabling the client the right to file a pro-se brief based on points of appeal this individual maintains present proper grounds for appeal; and 3) counsel may request the appellate court grant counsel's request to withdraw from the obligation of providing further legal representation to the client on appeal. *Id.*

Counsel for Manuel Ruiz Constancio prepared and filed an "Anders Brief" on behalf of Appellant. After a "conscientious examination" of the case, including a diligent review of the Record and applicable authorities, Counsel found an absence of meritorious grounds for appeal and has determined the basis of any appeal in this case would be frivolous in nature. Therefore Shawntell McKillop, Counsel for Appellant, respectfully requests this Court acknowledge and approve her request to withdraw from her court appointed duty of providing further legal

representation to Appellant Manuel Ruiz Constancio on original appeal.

**WHEREFORE, PREMISES CONSIDERED,** Counsel for Appellant prays this Court grant her Motion To Withdraw As Court Appointed Counsel For Manuel Ruiz Constancio.

Respectfully submitted:
Shawntell McKillop
25 West Beauregard
San Angelo, Texas 76906
Telephone: (325) 658-1991
Facsimile: (325) 655-1391

By /s/ Shawntell McKillop
Shawntell McKillop
State Bar No. 24007655
Attorney for Manuel Ruiz Constancio

## CERTIFICATE OF SERVICE

I certify a true and correct copy of the above and foregoing Motion To Withdraw was served in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure on August 18, 2015, on the following parties:

Office of Tom Green County District Attorney
124 West Beauregard Avenue
San Angelo, Texas 76903
    Appellee

Mr. Manuel Ruiz Constancio
TDCJ Number 01938566
Fort Stockton Unit
1536 East IH-10

Fort Stockton, Texas
79735
      Appellant


/s/ Shawntell McKillop
Shawntell McKillop, Counsel for Appellant


## CERTIFICATE OF CONFERENCE

I certify that I contacted the Tom Green County District Attorney's Office on August \18 , 2015, but the District Attorney was unavailable to speak to me regarding the State's position with respect to this Court granting Counsel for Appellant's request to withdraw from her court appointed duty to provide legal representation to Appellant Manuel Constancio.


/s/ Shawntell Mckillop
Shawntell McKillop, Counsel for Appellant